| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Manuel Salazar** (First Name, Middle Name, Last Name) | Social Security number or ITIN  **xxx–xx–4134**  EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | Social Security number or ITIN  _ _ _ _  EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | |
| Case number:  **15–30175** | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Manuel Salazar

December 22, 2015                    **For the court:**     Jeffrey P. Allsteadt, Clerk
                                                            United States Bankruptcy
                                                            Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                              Case No. 15-30175-JBS
Manuel Salazar                                                      Chapter 7
       Debtor                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                 Page 1 of 2                  Date Rcvd: Dec 22, 2015
                               Form ID: 318                Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2015.
db            +Manuel Salazar,    8715 S. Troy St,    Evergreen Park, IL 60805-1032
23672320      +Amelia Bravo,    2821 N. Mozart St,    Chicago, IL 60618-7714
23672326      +Bruno Hernadez,    6424 S. Pulaski Rd,    Chicago, IL 60629-5134
23672327      +C2C Resources,    56 Perimeter Center East,    Suite 100,    Atlanta, GA 30346-2214
23672329      +Capital Merchant Services,    2015 vaughn Rd,    Bldg 500,    Kennesaw, GA 30144-7831
23672330      +Capital Mgmt Services,    PO Box 964,    Buffalo, NY 14220-0964
23672331      +Catalina Bonilla,    3644 W. 62nd Place,    Chicago, IL 60629-4017
23672332      +Cedar Realty Advisors LLC,    910 W. Van Buren St,    Unit 110,    Chicago, IL 60607-3573
23672333      +Cermak Fish Co,    2711 W. Cermak Rd,    Chicago, IL 60608-3509
23672335      +Citibank/The Home Depot,    Po Box 790040,    Saint Louis, MO 63179-0040
23672336      +City of Chicago- Dept of Water,    PO Box 6330,    Chicago, IL 60680-6330
23672337      +Comcast,    Box 3002,    Southeastern, PA 19398-3002
23672338      +Con Fin Svc,    300 South Green Bay Rd,    Waukegan, IL 60085-4822
23672339      +Consumer Financial Services,    7017 Roosevelt Rd,    Berwyn, IL 60402-1036
23672345      +Eduardo Gonzalez,    2309 W. 23st,    Chicago, IL 60608-3803
23672346      +El Rey Seafood,    4315 S. Tripp Ave,    Chicago, IL 60632-4318
23672347      +Esmadge Cristia,    6063 N. Elston,    2nd Floor,    Chicago, IL 60646-4724
23672349       FIA Card Services N. A.,    PO B 1259ox,    Oaks, PA 19456
23672348      +Fernando Martines,    8550 S. Cicero Ave,    Burbank, IL 60459-2810
23672350      +Francisco Ortega,    9743 S. Avenue J,    Chicago, IL 60617-5551
23672351      +Guadalupe Ramirez,    3608 W. 55th St,    3rd floor,    Chicago, IL 60632-3261
23672352      +Herminia Salazar,    2551 Allen St,    Apt 104,    Live Oak, CA 95953-9586
23672354      +Imperio Azteca Suppliers,    4433 S. Springfield Ave,    Chicago, IL 60632-4052
23672355      +Joes A. Food Distributor Corp,    538 W. Pershing Rd,    Chicago, IL 60609-2740
23672356      +Jorge Moreno,    2551 Allen St,    Apt 104,    Live Oak, CA 95953-9586
23672357      +Jose E. Velez,    4315 S.Tripp Ave,    Chicago, IL 60632-4318
23672358      +Jose Velez and El Rey Seafood,    4315 S. Tripp,    Chicago, IL 60632-4318
23672360      +Letica Salazar,    609 W. 13th St,    Apt 9,    Stuttgart, AR 72160-5100
23672361      +Martin Varela,    609 W. 13th St,    Stuttgart, AR 72160-5114
23672362      +May Kosta,    5248 S. Kedzie,    Chicago, IL 60632-3129
23672363      +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
23672364      +Metro. Bank,    2201 West Cermak Rd,    Chicago, IL 60608-3921
23672366      +Michael Schnel,    14868 Morning Lane,    Oak Forest, IL 60452-6019
23672367      +Midland Credit Mgmt In,    2365 Northside Dri,    San Diego, CA 92108-2709
23672369       Mobiloans,    8241 Parkway St,    Apple Valley, CA 92308
23672370      +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
23672372      +PAN AMERICAN BAND,    1440 W. NORTH AVENUE,    MELROSE PARK, IL 60160-1422
23672373      +Pan American Bank,    1440 W. North Ave,    Melrose Park, IL 60160-1422
23672374      +Peoples Gas,    PO Box 19100 green Bay,    Green Bay, WI 54307-9100
23672378      +RPM Mobile,    20816 44th Ave,    Lynnwood, WA 98036-7799
23672383      +Thomas Perez,    3553 W. irving Park Rd,    Chicago, IL 60618-3219
23672384      +Wayne Duene Casa,    5248 S. Kedzie,    Chicago, IL 60632-3129
23672385      +Wells Business Direct,    PO Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BRMFOGEL.COM Dec 23 2015 01:03:00      Richard M. Fogel,    Shaw Fishman Glantz & Towbin LLC,
                321 N Clark Street,    Suite 800,    Chicago, IL 60654-4766
23672321      +EDI: ARSN.COM Dec 23 2015 01:03:00      ARS National Services Inc,    PO Box 463023,
                Escondido, CA 92046-3023
23672323      +EDI: ATTWIREBK.COM Dec 23 2015 01:03:00      ATT,    PO Box 5080,    Carol Stream, IL 60197-5080
23672319      +EDI: AFNIRECOVERY.COM Dec 23 2015 01:03:00      Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
23672324       EDI: BANKAMER.COM Dec 23 2015 01:03:00      Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410
23672325       EDI: BANKAMER.COM Dec 23 2015 01:03:00      Bank of America,    PO Box 982235,
                El Paso, TX 79998
23672328      +EDI: STFC.COM Dec 23 2015 01:03:00      Cach Llc/Square Two Financial,    Attention: Bankruptcy,
                4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
23672334      +EDI: CHASE.COM Dec 23 2015 01:03:00      Chase Bp Prvt Lbl,    P.o. Box 15298,
                Wilmington, DE 19850-5298
23672340      +E-mail/Text: cfsautoloans@gmail.com Dec 23 2015 01:28:58      Consumer Financial Svc,
                10431 Us Highway 19,    Port Richey, FL 34668-3133
23672341      +E-mail/Text: collections@barrmgmt.com Dec 23 2015 01:28:50      Devon Financial Services,
                6414 N. Western Ave,    Chicago, IL 60645-5422
23672342      +EDI: DISCOVER.COM Dec 23 2015 01:03:00      Discover Card,    PO Box 6103,
                Carol Stream, IL 60197-6103
23672343      +EDI: DISCOVER.COM Dec 23 2015 01:03:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
23672344      +EDI: DCI.COM Dec 23 2015 01:03:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                Jacksonville, FL 32256-0596
23672344      +E-mail/Text: bankruptcynotices@dcicollect.com Dec 23 2015 01:30:42      Diversified Consultant,
                10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
23672353      +EDI: HFC.COM Dec 23 2015 01:03:00      Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
```

```
District/off: 0752-1          User: admin                Page 2 of 2                  Date Rcvd: Dec 22, 2015
                              Form ID: 318               Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23672368       +EDI: MID8.COM Dec 23 2015 01:03:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
23672375       +EDI: PRA.COM Dec 23 2015 01:03:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
23672376       +E-mail/Text: Supportservices@receivablesperformance.com Dec 23 2015 01:32:38
                 Receivables Performanc,    20816 44th Ave Wes,    Lynnwood, WA 98036-7744
23672377       +E-mail/Text: Supportservices@receivablesperformance.com Dec 23 2015 01:32:38
                 Receivables Performance Mgmt LLC,    PO Box 1548,    Lynnwood, WA 98046-1548
23672379       +EDI: DRIV.COM Dec 23 2015 01:03:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
23672381       +EDI: SEARS.COM Dec 23 2015 01:03:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
23672380       +EDI: SEARS.COM Dec 23 2015 01:03:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
23672382       +EDI: SWCR.COM Dec 23 2015 01:03:00      Southwest Credit Syste,    4120 International Parkway,
                 suite 1100,   Carrollton, TX 75007-1958
23672382       +E-mail/Text: bankruptcy@sw-credit.com Dec 23 2015 01:29:41       Southwest Credit Syste,
                 4120 International Parkway,    suite 1100,   Carrollton, TX 75007-1958
23672359        E-mail/Text: pauline.burt@timepaymentcorp.com Dec 23 2015 01:29:51       Leasecomm Corp,
                 10 M Commerce Way,    Woburn, MA 01801
23672386       +EDI: WFFC.COM Dec 23 2015 01:03:00      Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
                                                                                                 TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23672322*      +ARS National Services, Inc,    PO Box 463023,    Escondido, CA 92046-3023
23672365*      +Metro. Bank,    2201 West Cermak Rd,    Chicago, IL 60608-3921
23672371*      +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
23672387*      +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
                                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2015 at the address(es) listed below:
              Andrew   Field    on behalf of Debtor 1 Manuel  Salazar ajosephfield@comcast.net,
               cpaiello@comcast.net;ajosephfield@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
              Tyler J Manic    on behalf of Creditor    Pan American Bank tmanic@schainbanks.com,
               kregnas@schainbanks.com
                                                                                             TOTAL: 4
```